In the Matter of the Judicial Settlement of the Account of Proceedings of Sterling St. John and John F. Boyer, as Executors of the Estate of Victoria Morris, Deceased, and for a Construction of the Decedent's Will. Seamen's Church Institute of New York, Appellant; Board of Regents of the University of Michigan, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 773.]

Maurice Grieff, Respondent, v. N. R. Equity Corporation, Appellant, Impleaded with Others, Defendants.— Judgment, and order so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Estelle Levey and Sanford Levey, by David Gorfinkel, Their Guardian ad Litem, Respondents, v. The United States Life Insurance Company in the City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

State of Ohio, on Relation of Rodney P. Lien, Superintendent of Banks of the State of Ohio, in Charge of the Liquidation of the Union Trust Company, Respondent, v. Essie C. Abell and Others, Defendants, Impleaded with Ella R. Clarke, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

John McDermott, Appellant, v. Metropolitan Life Insurance Company. Respondent.— Determination unanimously affirmed, with costs and disbursements, No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Elizabeth Meyerson, Appellant, v. Mary Cohen and Alex Cohen, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Herman Finkelstein, Appellant, v. Nathan R. Finkelstein and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Thomas S. Deal and Alfred Deal, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinon. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Thomas S. Deal and Alfred Deal, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Herman Kahlmeyer, in His Own Behalf and in Behalf of All Persons Similarly Situated Who Will Come in and Contribute to the Expenses of This Action, Appellant, v. The Green-Wood Cemetery, Respondent.— Order unanimously modified by granting leave to the plaintiff to serve, within twenty days after service of a copy of order, an amended complaint stating a cause of action at law or in equity as an individual, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 187.]

In the Matter of the Application of Miriam Markel, Petitioner-Appellant, Surviving Spouse of Jacob L. Markel, Deceased, for a Determination Upholding the Right of Miriam Markel to. Elect under the Decedent Estate Law, Section 18, to Take against the Provisions of the Last Will and Testament of Jacob L.